### JANNIE LANGS *v.* JOHN F. HARDER

The petition by the defendant for certification for appeal from the Appellate Session of the Court of Common Pleas is granted.

*Edward F. Pasiecznik,* assistant attorney general, in support of the petition.

*James I. Lotstein,* in opposition.

Submitted May 24—decided June 6, 1972

### JOANNE GINSBERG *v.* RICHARD MICHAEL OSTER

The motion by the law firm of Gladstone, Schwartz and Baroff to withdraw its appearance as counsel for the defendant in the appeal from the Superior Court in Fairfield County at Stamford is granted. Said counsel is directed to notify the defendant, by certified mail, return receipt requested, a copy of the notice and certification to be filed with the clerk of this court, that the motion to withdraw has been granted and that a withdrawal will be filed.

*Louis I. Gladstone,* for the law firm of Gladstone, Schwartz and Baroff.

*Jeroll R. Silverberg,* for the plaintiff (appellant).